IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 95-30106
(Summary Calendar)


IN THE MATTER OF:  RAOUL A. GALAN, JR.,

Debtor.

RAOUL A. GALAN, JR.,

Appellant,

versus

FIRST AMERICAN BANK, As Successor to
Merchants Trust and Savings Bank,

Appellee.


Appeal from the United States District Court
for the Eastern District of Louisiana
(CA-94-2709-R)

June 16, 1995

Before DUHÉ, WIENER and STEWART, Circuit Judges.

PER CURIAM:[*]

The appeal filed in this case by Appellant Raoul A. Galan, Jr.

is wholly lacking in merit and frivolous as a matter of law, and

---

[*]Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.

is, therefore, DISMISSED pursuant to Local Rule 42.2. The Clerk of this court shall not accept any pleadings or other filings from or on behalf of appellant without prior authority from a member of this court; and appellant is cautioned that any attempt to file pleadings or other documents that are frivolous in nature shall result in appropriate sanctions which may include, without limitation, double costs, attorneys fees, fines, and contempt of court.